Robert W. Shely (No. 014261)
Jacob A. Maskovich (No. 021920)
Daniel P. Crane (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7000
Fax:  (602) 364-7070
rwshely@bryancave.com
jmaskovich@bryancave.com
dan.crane@bryancave.com

Attorneys for Bank of America, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Kendrick, a married man dealing with his sole and separate property,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., a national banking association,<br><br>    Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

TO PLAINTIFF BARRY KENDRICK:

   Defendant Bank of America, N.A. ("Defendant") removes to this Court an action pending in the Arizona Superior Court (No. CV2016-004991) pursuant to 28 U.S.C. § 1331 for the reasons set out below.

   1.   On June 2, 2016, Plaintiff Barry Kendrick ("Plaintiff") filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled *Kendrick v. Bank of America, N.A.*, Case No. CV2016-004991.

   2.   Plaintiff served Defendant on June 3, 2016.

1    3.   Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiff
2 alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, federal laws.

3    4.   A true and correct copy of the documents filed in the Superior Court of the
4 State of Arizona, Maricopa County, are attached hereto as Exhibit A.

5    5.   This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

6    6.   Defendant is the only defendant.

7    7.   Defendant has served a copy of this Notice of Removal on Plaintiffs in
8 accordance with 28 U.S.C. § 1446(d).

9    8.   A copy of the Notice of Removal to Federal Court has been filed with the
10 Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and is
11 attached hereto as Exhibit B.

12    This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance
13 with 28 U.S.C. § 1446(a).

14    DATED this 1st day of July, 2016.

BRYAN CAVE LLP

By: *s/Daniel P. Crane*
    Robert W. Shely
    Jacob A. Maskovich
    Daniel P. Crane
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona  85004-4406

    *Attorneys for Bank of America, N.A.*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

J. Roger Wood
Erin S. Iungerich
Law Offices of J. Roger Wood, PLLC
4700 South Mill Avenue, Suite 3
Tempe, Arizona 85282

Attorneys for Plaintiffs

s/*Cristina Daniels*

802576\0545763