**BARRY KENDRICK v. BANK OF AMERICA, N.A., et al.,**

**Case No.** _____

### INDEX OF EXHIBITS TO
### DEFENDANT'S NOTICE OF REMOVAL

| Exhibit | Description |
|---|---|
| A | Maricopa County Superior Court Record in Case No. CV2016-004991: |
| | Summons – Bank of America, N.A. |
| | Arbitration Certificate |
| | Complaint |
| | Coversheet |
| | Affidavit of Service |
| B | Notice of Removal Filed in Maricopa County Superior Court |

# EXHIBIT A

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

# CV2016-004991

~~CIVIL COVER SHEET - NEW FILING ONLY~~
(Please Type or Print)

Plaintiff's Attorney J. Roger Wood

Attorney Bar Number 018948

Is Interpreter Needed?  ☐ Yes  ☐ No
If yes, what language:

**F I L E D**
06/02/16   4:47pm
MICHAEL K. JEANES, Clerk
By _____
Deputy

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Barry Kendrick | c/o 4700 S. Mill Ave Suite 3 Tempe, AZ 85282 | 602-324-7126 | info@jrogerwoodlaw.com |

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)   Bank of America

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC

☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____
(Specify)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category.** The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other

Case No._____

## 130 CONTRACTS:

- ☐131 Account (Open or Stated)
- ☐132 Promissory Note
- ☐133 Foreclosure
- ☐138 Buyer-Plaintiff
- ☐139 Fraud
- ☒134 Other Contract (i.e. Breach of Contract)
- ☐135 Excess Proceeds-Sale
- ☐Construction Defects (Residential/Commercial)
  - ☐136 Six to Nineteen Structures
  - ☐137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

- ☐156 Eminent Domain/Condemnation
- ☐151 Eviction Actions (Forcible and Special Detainers)
- ☐152 Change of Name
- ☐153 Transcript of Judgment
- ☐154 Foreign Judgment
- ☐158 Quiet Title
- ☐160 Forfeiture
- ☐175 Election Challenge
- ☐179 NCC-Employer Sanction Action
  - (A.R.S. §23-212)
- ☐180 Injunction against Workplace Harassment
- ☐181 Injunction against Harassment
- ☐182 Civil Penalty
- ☐186 Water Rights (Not General Stream Adjudication)
- ☐187 Real Property
- ☐ Special Action against Lower Courts
  - (See lower court appeal cover sheet in Maricopa)

- ☐194 Immigration Enforcement Challenge
  - (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  - (See lower court appeal cover sheet in Maricopa)
- ☐150 Tax Appeal
  - (All other tax matters must be filed in the AZ Tax Court)
- ☐155 Declaratory Judgment
- ☐157 Habeas Corpus
- ☐184 Landlord Tenant Dispute- Other
- ☐190 Declaration of Factual Innocence
  - (A.R.S. §12-771)
- ☐191 Declaration of Factual Improper Party Status
- ☐193 Vulnerable Adult (A.R.S. §46-451)
- ☐165 Tribal Judgment
- ☐167 Structured Settlement (A.R.S. §12-2901)
- ☐169 Attorney Conservatorships (State Bar)
- ☐170 Unauthorized Practice of Law (State Bar)
- ☐171 Out-of-State Deposition for Foreign Jurisdiction
- ☐172 Secure Attendance of Prisoner
- ☐173 Assurance of Discontinuance
- ☐174 In-State Deposition for Foreign Jurisdiction
- ☐176 Eminent Domain– Light Rail Only
- ☐177 Interpleader– Automobile Only
- ☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐183 Employment Dispute- Discrimination
- ☐185 Employment Dispute-Other
- ☐195(a) Amendment of Marriage License
- ☐195(b) Amendment of Birth Certificate
- ☐163 Other _____
  - (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐Antitrust/Trade Regulation
- ☐Construction Defect with many parties or structures
- ☐Mass Tort
- ☐Securities Litigation with many parties
- ☐Environmental Toxic Tort with many parties
- ☐Class Action Claims
- ☐Insurance Coverage Claims arising from the above-listed case types
- ☐A Complex Case as defined by Rule 8(i) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

6/3/16
2:54p
DC

**Law Offices of**
**J. Roger Wood, PLLC**
**J. Roger Wood, Attorney (#018948)**
**Erin S. Iungerich, Attorney (#031590)**
4700 South Mill Avenue, Suite 3
Tempe, Arizona 85282
Phone: (602) 324-7126
Fax: (888) 374-0648
Email: info@jrogerwoodlaw.com

*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **BARRY KENDRICK, a married man dealing with his sole and separate property,** | Case No. <br><br> CV2016-004991 |
| Plaintiff, | **SUMMONS** |
| v. | |
| **BANK OF AMERICA, N.A., a national banking association,** | IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION. |
| Defendant. | |

THE STATE OF ARIZONA TO THE DEFENDANT:

**BANK OF AMERICA, N.A.**

**c/o CT Corporation System**

**2390 East Camelback Road**

Phoenix, Arizona 85016

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court.  If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service.  If served out of the State of Arizona – whether by direct service, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Service by registered or certified mail is complete on the date of receipt.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  A.R.S. Sec. 22213, Sec. 22220; A.R.C.P. 4, 4.1, 4.2, 12.


YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.


YOU ARE CAUTIONED that in order to appear and defend, you must either appear in person or file an Answer or proper response in writing and

signed with the Clerk of this Court, accompanied by the necessary filing fee within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorneys.  A.R.C.P. 5, 10, 11, 12; A.R.S. Sec. 12311; A.R.S. Secs. 22215, 22216, 22-281.

Requests for reasonable accommodation for persons with disabilities must be made to the Court by parties at least 3 working days in advance of a scheduled court proceeding.

THE NAME AND ADDRESS of Plaintiff's attorney is:

**J. Roger Wood, Esq., The Law Offices of J. Roger Wood, PLLC**

**4700 South Mill Avenue, Suite 3, Tempe, Arizona 85282**

SIGNED AND SEALED this date:

**COPY**



JUN 02 2016

MICHAEL K. JEANES, CLERK

DEPUTY CLERK

Clerk of the Superior Court



**Law Offices of**
**J. Roger Wood, PLLC**
J. Roger Wood, Attorney (#018948)
Erin S. Iungerich, Attorney (#031590)
4700 South Mill Avenue, Suite 3
Tempe, Arizona 85282
Phone: (602) 324-7126
Fax: (888) 374-0648
Email: info@jrogerwoodlaw.com

*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CV2016-004991

BARRY KENDRICK, a married man
dealing with his sole and separate
property,

     Plaintiff,

     v.

BANK OF AMERICA, N.A., a national
banking association,

     Defendant.

Case No.

ARBITRATION CERTIFICATE

     The undersigned certifies that the largest award sought by the Plaintiff,

including punitive damages, but excluding interest, attorneys' fees, and costs,

does not exceed the limits set by the Rules for Compulsory Arbitration.

RESPECTFULLY SUBMITTED this 2 day of June, 2016.

The Law Offices of J. Roger Wood, PLLC

By: _____

James Roger Wood, Esq.
Erin S. Iungerich, Esq.
4700 South Mill Avenue, Suite 3
Tempe, Arizona 85282
*Attorneys for Plaintiff*

**COPY**

Law Offices of
J. Roger Wood, PLLC
J. Roger Wood, Attorney (#018948)
Erin S. Iungerich, Attorney (#031590)
4700 South Mill Avenue, Suite 3
Tempe, Arizona 85282
Phone: (602) 324-7126
Fax: (888) 374-0648
Email: info@jrogerwoodlaw.com

*Attorneys for Plaintiff*

JUN 0 2 2016
MICHAEL K. JEANES, CLERK
DEPUTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

CV2016-004991

|  |  |
|---|---|
| BARRY KENDRICK, a married man dealing with his sole and separate property, | Case No. |
| Plaintiff | **VERIFIED COMPLAINT** |
| v. | **Violation of Fair Credit Reporting Act** |
| BANK OF AMERICA, N.A., a national banking association, | |
| Defendant. | |

Plaintiff, Barry Kendrick, by and through the undersigned attorney, pleads for his complaint as follows:

## THE PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Barry Kendrick, is or was at all times relevant to the facts herein, the record owner of the property commonly known as 7445 East Eagle Crest Drive, #1057, Mesa, Arizona ("the Property").

2. Defendant, Bank of America, N.A., is a national association and national bank.

3. Defendant, has caused acts to occur in the County of Maricopa, state of Arizona, out of which this matter arises.

4. This Court has jurisdiction over the persons, entities, and subject matter complained of herein, the parties have expressly agreed to such jurisdiction.

5. Venue in this Court is proper pursuant to A.R.S. §12-401.

6. Defendant is the assignee of a deed of trust on Plaintiff's Property.

## GENERAL FACTUAL ALLEGATIONS

7. On or about August 23, 2005, by means of warranty deed, Plaintiff acquired the property commonly known as 7445 East Eagle Crest Drive, #1057, Mesa, Arizona ("the Property").

8. On or about March 25, 2010, Defendant, acting as loan servicer on Plaintiff's home loan, sent notice to Plaintiff of its intention to accelerate payments for the home loan.

9. On February 7, 2011, Plaintiff filed for Chapter 7 bankruptcy.  On that same date, Plaintiff conveyed Property, by means of Quit Claim Deed, to Defendant.

10. The Quit Claim Deed conveying property to Defendant was properly recorded on February 28, 2012 at the Maricopa County Recorder's Office.

11. The Quit Claim Deed was properly delivered to Defendant via United States Certified Mail.

12. After Quit Claim Deed was properly executed, recorded, and delivered, Defendant continued to communicate to Plaintiff the home loan was past due. Additionally, Defendant continued to report the home loan as more than 150 days past due to credit bureaus.

13. On or about July 22, 2013, Defendant notified Plaintiff the Quit Claim Deed was rejected by Defendant through a recorded Notice of Non-Acceptance and Rejection of Quit Claim Deed.

14. On or about December 20, 2013, Cachet at Las Sendas Condominium Homeowner Association filed a lien foreclosure action against the Property for pre-petition unpaid assessments, and against Plaintiff for post-petition unpaid assessments.

15. On or about April 1, 2014, Plaintiff was sent notice loan servicer had changed from Defendant to SPS, Incorporated.

16. On or about September 9, 2014, Plaintiff received demand for legal fees totally $11,438,86 for collection activities related to unpaid Homeowner Association assessments.

17. On or about December 31, 2014, Plaintiff was sent a demand for $302,895.32 for unpaid loan balance and fees dating back to February 1, 2010.

18. On or about January 8, 2015, Plaintiff was sent notice of trustee sale on the Property.

19. Ultimately, by and through the loan servicer, SPS, the property went to a trustee sale and the Trustee's Deed was executed on October 21, 2015

## COUNT 1- BREACH OF STATUTE (FAIR CREDIT REPORTING ACT)

20. Plaintiff incorporates by reference all previous allegations as though fully set forth herein.

21. Section 602 (b) of 15 U.S.C. Sec. 1681 states:

It is the purpose of this title to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the

confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title.

22. Sec. 623(a)(1)(A) of 15 U.S.C. Sec. 1681 provides:

A person shall not furnish any information relating to a consumer to any consumer-reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

23. Defendant had notice of Plaintiff's transfer of the Property to Defendant via the properly executed, recorded, and delivered Quit Claim Deed.

24. Because Defendant had notice it was the titled owner of the Property, Defendant reported Plaintiff as delinquent to consumer reporting agencies in an inaccurate manner in violation of the purpose of 15 U.S.C. Sec. 1681 as stated in Sec. 602(b).

25. Because Defendant had notice it was titled owner of the Property, Defendant's report to consumer reporting agencies that Plaintiff was delinquent on the home loan was a violation of Sec. 623(a)(1)(A) of 15 U.S.C. Sec. 1681.

26. Despite the changes in title and the change in the status of the property and the debt, the Defendant continued to wrongfully report the indebtedness on the Plaintiff's report.

27. Despite state and federal laws with regard to mortgage deficiency, the wrongful reporting has continued and continued into 2016.

28. Despite Mr. Kendrick's letters to the Defendant and credit bureaus asking that the report be corrected, no action by the Defendant has been taken.

29. Plaintiff has been damaged in an amount to be proven at trial.

   WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

30. For judgment in favor of Plaintiff on all counts;

31. For damage in an amount to be proven at trial;

32. For reasonable attorneys' fees in accordance with the language of the agreement between the parties, the Quit Claim Deed and A.R.S. §12-341.01; and the Act

33. For other such relief as this Court deems just.

RESPECTFULLY SUBMITTED this 2nd day of June, 2016

The Law Offices of J. Roger Wood, PLLC

By: _____

James Roger Wood, Esq.
Erin S. Tungerich, Esq.
4700 South Mill Avenue, Suite 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Tempe, Arizona 85282
*Attorneys for Plaintiff*

<u>VERIFICATION</u>

STATE OF ARIZONA )
) ss.
County of Maricopa )


I, Barry Kendrick, being first duly sworn upon our oath, depose and state: I am a Plaintiff in the above matter and I have read the foregoing Complaint and know that the same is true of my own personal knowledge.

By

SUBSCRIBED AND SWORN TO before me this _10_ day of _May_, 2016

By Barry Kendrick


NOTARY PUBLIC


MY COMMISSION EXPIRES:
4/8/18

ANDREA HEATON
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 08, 2018

MICHAEL K. JEANES, CLERK
RECEIVED CCB
DOCUMENT DEPOSITORY

2016 JUN -7  PM 3: 37
FILED BY D VANDEBERG

In The Superior Court of The State of Arizona
and for the County of Maricopa

Barry Kendrick

                                    Plaintiff,

VS.

Bank of America, N.A.

                                    Defendant,

**AFFIDAVIT OF SERVICE**

Case No: **CV2016-004991**

---

State of Arizona
County of Maricopa }      ss.

The Affiant, declares under penalty of perjury, that I am fully  qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause in or for the State of Arizona and that the foregoing is true and correct.

On 6/2/2016, I received from The Law Offices of J. Roger Wood and from J. Roger Wood the Summons, Complaint and Certificate of Compulsory Arbitration;.

On 6/3/2016, at 2:54 PM, I served the aforementioned documents on: Bank of America, N.A.c/o CT Corporation System at 3800 N. Central Avenue, #460, Phoenix, AZ 85012  in the manner set below:

By serving  true copies upon: Bank of America, N.A.c/o CT Corporation System, Gail Flock - Clerk, who stated he/she is authorized to accept service and did accept service on their behalf.

Marriage Status: N / A

Military Status: N / A

Additional Comments:

X _____
   **Denis Cavar, MC-8487**, Affiant
   Registered in Maricopa
   Work Order Number: P129051
   Client Reference: **629 Kendrick**

Subscribed and sworn before me on
6/7/2016

_____
Daniel J. Eagy, Notary Public
Commission expires on: 2/20/2019

DANIEL J. EAGY
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
February 20, 2019

Service of Process          75.00
              Total:      **$ 75.00**



# EXHIBIT B

1  Robert W. Shely (No. 014261)
2  Jacob A. Maskovich (No. 021920)
   Daniel P. Crane (No. 030623)
3  BRYAN CAVE LLP, #00145700
   Two North Central Avenue, Suite 2200
4  Phoenix, Arizona 85004-4406
   Telephone:  (602) 364-7000
5  Fax:  (602) 364-7070
6  rwshely@bryancave.com
   jmaskovich@bryancave.com
7  dan.crane@bryancave.com

8
   Attorneys for Bank of America, N.A.
9

10         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

11            **IN AND FOR THE COUNTY OF MARICOPA**

12

| | |
|---|---|
| BARRY KENDRICK, a married man dealing with his sole and separate property, | No.  CV2016-004991 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| BANK OF AMERICA, N.A., a national banking association, | (Hon. Karen Mullins) |
| Defendant. | |

21  TO PLAINTIFF BARRY KENDRICK:

22         PLEASE TAKE NOTICE that Defendant Bank of America, N.A filed a Notice

23  of Removal of this action in the United States District Court for the District of Arizona on

24  July 1, 2016.   A copy of the Notice of Removal (without exhibits) is attached to this

25  Notice as Exhibit A and is served contemporaneously herewith.

26  ///

27  ///

28  ///

802571/0545763

1        DATED this 1st day of July, 2016.

2                                          BRYAN CAVE LLP

3

4

5                                          By: _s/Daniel P. Crane_____
                                              Robert W. Shely
6                                             Jacob A. Maskovich
                                              Daniel P. Crane
7                                             Two North Central Avenue, Suite 2200
                                              Phoenix, Arizona  85004-4406
8
9                                             *Attorneys for Bank of America, N.A.*

10

11   ORIGINAL of the foregoing filed
     electronically using the Turbo Court
12   system this 1st day of July, 2016.

13   COPY of the foregoing mailed this 1st
     day of July, 2016 to:
14
15   J. Roger Wood
     Erin S. Iungerich
16   Law Offices of J. Roger Wood, PLLC
     4700 South Mill Avenue, Suite 3
17   Tempe, Arizona 85282

18   Attorneys for Plaintiff

19
     s/*Cristina Daniels*_____
20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000