# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Kendrick,<br><br>  Plaintiff,<br><br>v.<br><br>Bank of America California NA,<br><br>  Defendant. | No. CV-16-02170-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Dismiss (Doc. 14). Plaintiff has failed to respond to the motion. LRCiv 7.2(c) states that, "[t]he opposing party shall ... have fourteen (14) days after service in a civil or criminal case within which to serve and file a responsive memorandum."

As of the date of this Order, however, Plaintiff has neither timely filed a responsive memorandum, nor has he sought an extension of time to do so. Plaintiff's failure "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i).

In light of the no response having been filed by Plaintiff, the Court will grant Defendant's motion and request for attorneys' fees upon compliance with LRCiv. 54.2

/ / /

1   **IT IS HEREBY ORDERED** granting Defendant's Motion to Dismiss with prejudice and directing the Clerk of Court to terminate this action.

Dated this 30th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge